UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>James and Sue Scott, and
Stephen and Ellen St. Louis</u>

    v.                            Civil No. 06-cv-286-JD

<u>First American Title
Insurance Company</u>

PROCEDURAL ORDER

    The parties moved for approval of their proposed settlement of a class action. The motion did not address the requirements of Federal Rule of Civil Procedure 23(e). The court issued a procedural order directing further briefing. In response, counsel contacted the clerk's office, directing attention to Exhibit 10 to the motion for approval, which is a memorandum of law in support of the motion.

    As it appears that Rule 23(e) is addressed in the memorandum, the procedural order requiring additional briefing (document no. 54) is vacated.

    SO ORDERED.

                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

October 15, 2007

cc:  Christopher D. Baucom, Esquire
     Elizabeth T. Ferrick, Esquire
     Wilbur A. Glahn, III, Esquire
     Douglas W. King, Esquire
     Charles A. Newman, Esquire
     Edward K. O'Brien, Esquire