UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CASE NO.:  **1:06-cv-286-JD**

| | |
|---|---|
| JAMES SCOTT; SUE SCOTT; STEPHEN ST. LOUIS; and ELLEN ST. LOUIS; for themselves and all others similarly situated;<br><br>    Plaintiffs;<br><br>  v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY;<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UPDATED AND CLARIFIED JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND STIPULATION**

    Plaintiffs, James and Sue Scott and Stephen and Ellen St. Louis ("Plaintiffs"), and

Defendant, First American Title Insurance Company ("First American"), pursuant to

Fed.R.Civ.P. 23(e)(2), jointly move for preliminary approval of a Class Action

Settlement Agreement and Stipulation (the "Stipulation") in this case.  In support of the

joint motion, the parties state as follows:

    1.    Plaintiffs commenced this putative class action lawsuit against First American

in state court on July 1, 2006.  On August 1, First American removed the case to this

Court.  After removal, Plaintiffs filed two amended complaints which added Stephen and

Ellen St. Louis as named plaintiffs and asserted three causes of action against First

American:  breach of contract, breach of the implied duty of good faith and fair dealing,

and unjust enrichment.  First American moved to dismiss Plaintiffs' second amended

complaint, and this court granted that motion, in part, and gave Plaintiffs leave to file a

2947795.2

third amended complaint.  Plaintiffs filed a third amended complaint asserting claims for

unjust enrichment and breach of the implied covenant of good faith and fair dealing.  The

third amended complaint is currently pending before this Court.

2.    On July 31, 2007, Plaintiffs and First American agreed to a classwide

settlement of the claims of Plaintiffs and of the putative class.  Because the settlement

includes the class claims, it requires this Court's approval pursuant to

Fed. R. Civ. P. 23(e).

3.    All parties now jointly move the Court to give its *preliminary* approval of the

settlement and the proposed class for the purpose of allowing notice to be issued to the

members of the class, reserving to a Final Approval Hearing to be set by the Court the

final decision as to the fairness and adequacy of the settlement, the amount of any

attorneys' fees to be awarded to class counsel, and any additional awards to the

representative Plaintiffs.

4.    In support of their motion, the parties submit the following materials:

 Exhibit 1 — *Plaintiffs'* Memorandum in Support of Updated and Clarified Joint

Motion for Preliminary Approval of Class Action Settlement Agreement and Stipulation,

which consolidates all of the briefing in support of the three prior motions for preliminary

approval of the settlement.  This memorandum is filed by the Plaintiffs because First

American, while fully supporting the settlement, cannot concur in all of Plaintiffs'

assertions about the title insurance industry, the merits of the claims, or the certifiability

of the class absent a settlement.  Plaintiffs' memorandum in turn attaches as exhibits

(A) First American's new rate filing, (B) Plaintiffs' counsel's Work History, and (C) the Declaration of Edward K. O'Brien in Support of Settlement and Appointment of Class Counsel.

Exhibit 2 — The [Proposed] Order Granting Preliminary Approval of Class Action Stipulation of Settlement, (Exhibit E to the Stipulation of Settlement) with certain dates updated, which is the order that the parties request that the Court enter to grant this joint motion for preliminary approval.

Exhibit 3 — The executed Settlement Agreement and Stipulation among the parties dated July 31, 2007.

Exhibit 4 — The First Amendment to Stipulation of Settlement dated September 7, 2007.

Exhibit 5 — The Second Amendment to Stipulation of Settlement dated April 24, 2008.

Exhibit 6 — The Third Amendment to Stipulation of Settlement dated June 3, 2008.

Exhibit 7 — A Conformed Copy of Stipulation of Settlement (including, 1st, 2d, and 3d Amendments), which shows the text of the settlement agreement as it is amended by the three amendments, the only changes being in Sections V.A. 9, V.B. 2, and V.B. 6.

Exhibit 8 — The proposed Claim Form (Exhibit A to the Stipulation of Settlement) with the dates updated in light of the passage of time since the parties settled.

Exhibit 9 — The proposed Exclusion Form (Exhibit B to the Stipulation of

Settlement) similarly updated.

Exhibit 10 — The proposed Notice of Pendency of Class Action, Proposed

Settlement and Final Hearing (Exhibit C to the Stipulation of Settlement) with the dates

updated and the class period closed as of December 31, 2007, consistent with the Second

Amendment to Stipulation of Settlement.

Exhibit 11 — The Release by Named Plaintiffs (Exhibit D to Stipulation of

Settlement).

Exhibit 12 — The [Proposed] Final Order and Judgment (Exhibit F to the

Stipulation of Settlement) with certain dates updated.

Exhibit 13 — The Summary Notice of Class Action, Proposed Settlement and Final

Hearing (Exhibit G to Stipulation of Settlement) with dates updated and the class period

closed as of December 31, 2007.

Exhibit 14 — Declaration of Carol Willoughby, dated January 14, 2008, in support

of settlement.

Exhibit 15 — Declaration of Peter Caruso II, dated December 21, 2007, in support

of settlement.

Exhibit 16 — Declaration of Richard A. Diamond, dated January 14, 2008, in

support of settlement.

5.    Accordingly, the parties jointly renew their request that this Court:

a.    preliminarily approve the proposed Stipulation and all exhibits filed

therewith;

b.   enter the Proposed Order Granting Preliminary Approval of Class Action

Settlement in the form submitted as Exhibit 2 to this motion which

includes, among other things:  (i) conditionally certifying the class for

settlement purposes only; (ii) conditionally appointing Plaintiffs as class

representatives authorized to act on behalf of the class; (iii) conditionally

appointing the O'Brien Law Firm, PC, as counsel for the class as required

pursuant to Fed.R.Civ.P. 23(g); and (iv) approving the appointment of the

O'Brien Law Firm, PC to attend to publication of the Summary notice,

mailings to potential class members, and administration of the settlement.

c.   authorize notice to issue to class members informing them of the settlement

in the respective forms attached as Exhibits A, B, C and G to the

Stipulation (as updated by this motion) and pursuant to the terms of the

Stipulation;

d.   schedule a date and time for a final hearing to determine whether to

approve the settlement as fair and reasonable;

e.   grant such other and further relief as this Court may deem just and

reasonable.

Respectfully submitted,

| | |
|---|---|
| James SCOTT, Sue SCOTT, Stephen ST. LOUIS, and Ellen ST. LOUIS; for themselves and on behalf of the putative class members | FIRST AMERICAN TITLE INSURANCE COMPANY |
| By their attorneys, | By its attorneys, |
|     /s/ Edward K. O'Brien |     /s/ Douglas W. King |
| Edward K. O'Brien | Charles A. Newman |
| O'Brien Law Firm, PC | Douglas W. King |
| One Sundial Avenue, 5th Floor | Elizabeth T. Ferrick |
| Manchester, NH  03103 | Bryan Cave LLP |
| (603) 668-0600 | One Metropolitan Square |
| | 211 North Broadway, Suite 3600 |
| | St. Louis, MO 63102-2730 |
| | (314) 259-2329 |
| | |
| | Wilbur A. Glahn, III |
| | McLane, Graf, Raulerson & Middleton, P.A. |
| | 900 Elm Street, P.O. Box 326 |
| | Manchester, New Hampshire 03105-0326 |
| | (603) 625.6464 |

## CERTIFICATE OF SERVICE

This is to certify that on September 25, 2008, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

    /s/ Douglas W. King

2947795.2                    6