# EXHIBIT A TO EXHIBIT 1

Effective March 1, 2007

## Property & Casualty Transmittal Document

NEW ~~HAMPSHIRE INSURANCE DEPARTMENT~~

DATE 12-04-2007   EXAMINER [signature]

NHID# NHPC-125369559

☐ ACKNOWLEDGED    ☐ FORMS
☐ DISAPPROVED     ☒ RULES
☐ WITHDRAWN       ☐ RATES/LOSS ~~COSTS~~
☒ APPVD EFF: NEW 1-15-07 RENEWAL ___
NOTES _____

| | |
|---|---|
| a. Date the filing is received: | |
| b. ~~Analyst~~: | |
| c. Disposition: | |
| d. Date of disposition of the filing: | |
| e. Effective date of filing: | |
|   New Business | |
|   Renewal Business | |
| f. ~~State~~ Filing #: | |
| g. ~~SERFF~~ Filing #: | |
| h. Subject Codes | |

| 3. | Group Name | | | | Group NAIC # |
|---|---|---|---|---|---|
| | | | | | |

| 4. | Company Name(s) | Domicile | NAIC # | FEIN # | State # |
|---|---|---|---|---|---|
| | First American Title Insurance Company | CA | 50814 | 95-2566122 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 5. | Company Tracking Number | FATICONH-2007-1-Rule |
|---|---|---|

Contact Info of Filer(s) or Corporate Officer(s)   [include toll-free number]

| 6. | Name and address | Title | Telephone #s | FAX # | e-mail |
|---|---|---|---|---|---|
| | Brian Feeney, 24 Bridge St, Concord NH 03301 | VP/Special Counsel | 603-227-9210 800-821-1005 | 603-227-9151 | bfeeney@firstam.com |

| 7. | Signature of authorized filer | [signature] |
|---|---|---|
| 8. | Please print name of authorized filer | Brian Feeney |

Filing information (see General Instructions for descriptions of these fields)

| 9. | Type of Insurance (TOI) | Title |
|---|---|---|
| 10. | Sub-Type of Insurance (Sub-TOI) | Title |
| 11. | State Specific Product code(s)(if applicable)[See State Specific Requirements] | NA |
| 12. | Company Program Title (Marketing title) | NA |
| 13. | Filing Type | [ ] Rate/Loss Cost  [X] Rules  [ ] Rates/Rules<br>[ ] Forms  [ ] Combination Rates/Rules/Forms<br>[ ] Withdrawal  [ ] Other  (give description) |
| 14. | Effective Date(s) Requested | New: File & Use     Renewal: |
| 15. | Reference Filing? | [ ] Yes  [X] No |
| 16. | Reference Organization (if applicable) | NA |
| 17. | Reference Organization # & Title | NA |
| 18. | Company's Date of Filing | 11/15/07 |
| 19. | Status of filing in domicile | [X] Not Filed  [ ] Pending  [ ] Authorized  [ ] Disapproved |

PC TD-1 pg 1 of 2

ID78542

## Property & Casualty Transmittal Document—

| 20. | This filing transmittal is part of Company Tracking # | FATICONH-2007-1-Rule |

**21. Filing Description** [This area can be used in lieu of a cover letter or filing memorandum and is free-form text]

SEE COVER LETTER

**22. Filing Fees** (Filer must provide check # and fee amount if applicable)
[If a state requires you to show how you calculated your filing fees, place that calculation below]

Check #:
Amount:

Refer to each state's checklist for additional state specific requirements or instructions on calculating fees.

***Refer to the each state's checklist for additional state specific requirements (i.e. # of additional copies required, other state specific forms, etc.)

PC TD-1 pg 2 of 2

© 2007 National Association of Insurance Commissioners



**First American Title Insurance Company**

November 15, 2007

Roger Sevigny, Commissioner
State of New Hampshire Insurance Department
21 South Fruit Street, Suite 14
Concord, New Hampshire 03301

**RECEIVED**

NOV 15 2007

NH INSURANCE DEPARTMENT

Re: Rule for Title Insurance Loan Reissue Premium Rate Calculation
Per NHRSA 416-A:17

Dear Commissioner Sevigny,

First American Title Insurance Company submits pursuant to the statute for review and approval a revised rule for the calculation of the Premiums for Reissue of First American Loan Policies set forth as follows:

<u>Premiums for Reissue Of First American Policies</u>:

A. Standard Loan Policy Reissues:

If the borrower refinances within FIVE years of a recorded first mortgage by an institutional lender, the original loan is discharged, and a new mortgage is placed of record, the loan reissue rate shall be used and applies to the amount of the new mortgage. No further evidence is needed to receive the loan reissue rate.

Enclosed is the completed Microfiche Filing Requirement form, Property & Casualty Transmittal Document form with the Rate/Rule Filing Schedule and New Hampshire Retaliatory Fee Summary Page.

This rule is filed as part of a negotiated settlement in the class action suit entitled James Scott; Sue Scott; Stephen St. Louis; and Ellen St. Louis; on behalf of themselves and all other similarly situated vs. First American Title Insurance Company filed in United States District Court, District of New Hampshire as Case No. 2:07-CV-00052-JD. It simplifies the calculation of the reissue rate in that it applies the reissue rate to the entire

24 Bridge Street Concord, NH 03301
Tel. 603-227-9210 or 800-821-1005 • Fax 603-227-9151
www.firstamne/nh.com

amount of a new mortgage, even when the new mortgage exceeds the amount of the prior mortgage to be discharged. This new rule eliminates the use of Original Rates on the new mortgage loan amount in excess of the prior mortgage loan amount. The new rule also eliminates the need to obtain a copy of the title insurance policy insuring the prior mortgage to qualify for the reissue rate. These changes will reduce the premium cost to consumers and simplify qualification for the reissue rate.

The discounted Standard Loan Policy Reissue Rate remains in effect subject to this revised calculation rule.

First American Title Insurance Company submits this filing for your review and respectfully requests your approval.

Enclosed with this submission are duplicates of this transmittal and enclosures as well as a self-addressed stamped envelope for your use in confirming approval. If you have any questions, please contact me in New Hampshire at 1-800-821-1005.

Very truly yours,

Brian A. Feeney
Vice President
Special Counsel