UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>James Scott, et al.</u>

    v.                              Civil No. 06-cv-286-JD

<u>First American Title</u>
<u>Insurance Company</u>

O R D E R

On April 3, 2009, the court issued an order certifying the settlement class, appointing the class representatives, approving the settlement, appointing class counsel and the claims administrator, granting incentive awards to the class representatives, and granting class counsel's request for an award of fees, costs, and expenses. The parties' assented-to motions for final approval of the settlement (document no. 79) and for attorneys' fees and class representatives' awards (document no. 82) were granted as provided in the April 3 order.

The clerk of court shall enter judgment accordingly and close the case.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

April 14, 2009

cc:   Christopher D. Baucom, Esquire
      Elizabeth T. Ferrick, Esquire
      Wilbur A. Glahn, III, Esquire
      Terrence Joyce, pro se
      Douglas W. King, Esquire
      Charles A. Newman, Esquire
      Edward K. O'Brien, Esquire